NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5031, -5032

DOMINION RESOURCES, INC.,
DOMINION NUCLEAR CONNECTICUT, INC.,
and VIRGINIA ELECTRIC AND POWER COMPANY,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in
case nos. 04-CV-083 and 04-CV-084, Senior Judge Eric G. Bruggink.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

The United States moves to stay proceedings pending this court disposition of the United States' motions for reconsideration and to recall the mandates in the consolidated appeals of Yankee Atomic Electric Co. v. United States, Nos. 2007-5025, -5026, -5027, -5031, -5032, -5033, Pacific Gas & Electric Co. v. United States, No. 2007-5046, and Sacramento Municipal Utility District, Nos. 2007-5052, -5097 (the Yankee Atomic cases), or alternatively, a 30-day extension of time to file its opening brief. Dominion Resources, Inc. et al. oppose a stay but consent to an extension of time. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay proceedings is granted. The United States is directed to inform the court within 30 days of the disposition in <u>Yankee Atomic</u> how it believes these appeals should proceed. Dominion Resources may also respond within that time.

FOR THE COURT

**MAR 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK

cc:  Arnold Bradley Fagg, Esq.
     Lisa L. Donahue, Esq.
s19

2009-5031, -5032                    2